In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-15-00015-CV

_____

IN RE GEORGE JEFFERSON HATCHER

_____

Original Proceeding

_____

MEMORANDUM OPINION

In a petition for writ of mandamus filed on January 12, 2015, George Jefferson Hatcher asks this Court to order the recusal judge to vacate her order of December 18, 2014, which denied Hatcher's second recusal motion in trial court Case No. 14-04-04629 CV, and hold an oral hearing on the motion to recuse. *See* Tex. R. Civ. P. 18a (g)(6). Hatcher filed the mandamus petition on the day his trial is scheduled to begin in the 435th District Court of Montgomery County, Texas. He argues that appeal will not be an adequate remedy because he has not had an opportunity to develop a record on his recusal motion.

1

"An order denying a motion to recuse may be reviewed only for abuse of discretion on appeal from the final judgment." Tex. R. Civ. P. 18a (j)(1)(A). On appeal, a judgment may be reversed if the trial court made an error of law that probably prevented the appellant from properly presenting the case to the court of appeals. *See* Tex. R. App. P. 44.1(a)(2). The petition for writ of mandamus is denied.

PETITION DENIED.

PER CURIAM

Submitted on January 12, 2015
Opinion Delivered January 12, 2015

Before McKeithen, C.J., Kreger and Johnson, JJ.